## ADAMS & al. versus HARDY & al.

A person, who writes his name upon the back of a promissory note, may be held as a promisor jointly with the one who subscribes his name on the face of the note.

ASSUMPSIT, upon a promissory note against two defendants as joint promisors. The name of one of them was subscribed to the note; the name of the other was written upon the back of it. The defendant contended that they were not chargeable as joint promisors. TENNEY, J., before whom the trial was had, overruled the defendants' position. The verdict was for the plaintiffs, and exceptions were filed.

*Kelley*, for the defendants.

The practice in Massachusetts violates that essential principle, that a contract shall be construed according to the intent of the parties. It has been exploded in New York and by Judge Story. The English decisions are all against it. If it has not been adopted here, it is of importance that it should not be.

One who writes his name on the back of a note, is a *backer*, an indorser. He is made a second indorser, the moment the payee indorses it, and he ought not to be charged as an original promisor.

*Hubbard*, for the plaintiff.

WELLS, J. — Exceptions overruled, and judgment on the verdict.